

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00848-CR

Lewis M. **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12120
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 13, 2018.

_____
Luz Elena D. Chapa, Justice